U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215)861-8473*
*Facsimile: (215)861-8497*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 24, 2009

U.S. District Court Clerk's Office
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

**FILED**
**NOV 24 2009**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Re:   Magistrate No. 09-M-1904

Dear Clerk:

Please unimpound the complaint and warrant in regard to the above-captioned matter.

Very truly yours,

MICHAEL L. LEVY
United States Attorney

NANCY BEAM WINTER
Assistant United States Attorney